PROB 12C
(5/2015)

Eastern District of Kentucky
**F I L E D**

AUG 1 5 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:   Arthur Eugene Butler                    Case Number:   5:10-CR-60-DCR-1

Name of Sentencing Judicial Officer:   The Honorable Danny C. Reeves

Date of Original Sentence:   September 3, 2010

Original Offense:   Receipt of Child Pornography

Original Sentence:   60 months/5 years supervised release

Type of Supervision:   Supervised Release        Date Supervision Commenced:   9/26/2014

Asst. U.S. Attorney:   Erin May                Defense Attorney:   Louis Rom

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

| | |
|---|---|
| 1 | Computer Restriction |
| 2 | Restricted Material |
| 3 | Submission of a Truthful Monthly Report |

U.S. Probation Officer Recommendation:

☐   The term of supervision should be:

August 15, 2019
Page 2

RE: Butler, Arthur Eugene
    Dkt. # 5:10-CR-60-DCR-1
    <u>PROB 12C</u>

    ☒  Revoked.

    ☐  Extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

                 I declare under penalty of perjury that the foregoing is true and correct.

                             Executed on 8/15/2019

                             Joel Cotton
                             U.S. Probation Officer

---

THE COURT ORDERS:

☐  No Action.

☒  The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐  The Issuance of a Summons.

☐  Refer to presiding Magistrate Judge for hearing and preparation
    of a Report and Recommendation.

☒  Forward a copy of violation report to U.S. Attorney's Office.

☐  Other

                                            Signature of Judicial Officer

                                          Date